LEGAL MAIL
Provided to Florida State Prison on
10/16/17 for mailing by _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
middle District of Florida
Jacksonville Division

Trent Edward Lee
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Case No. 3:17cv1166-J-39 PDB
(to be filled in by the Clerk's Office)

"See Attached"
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

FILED 2017 OCT 18 AM 11:53 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DISTRICT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Trent Edward Lee
All other names by which you have been known:
ID Number: B13031
Current Institution: Florida State Prison (F.S.P)
Address: P.O. Box-800
Raiford, Fl 32083
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Lt. Thompson
Job or Title (if known): FDC-official-Lieutenant
Shield Number:
Employer: FDC-Florida department of corrections
Address: P.O Box-800
Raiford, Fl 32083
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Gerald, Howell
Job or Title (if known): FDC-official-Officer
Shield Number: Howell
Employer: FDC-Florida department of corrections
Address: P.O Box-800
Raiford, Fl 32083
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

<u>Defendant's who is being sued.</u>

<u>Lt. Thompson</u>
<u>Officer. G. Howell</u>
<u>SGT. T. Tomlin</u>
<u>Nurse. Verge</u>

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Teddy, Tomlin
Job or Title (if known): FDC-official-Sergeant
Shield Number:
Employer: FDC-Florida department of corrections
Address: P.O Box-800
Raiford, Fl 32083
City / State / Zip Code
[✓] Individual capacity   [ ] Official capacity

**Defendant No. 4**
Name: Verge, Nurse
Job or Title (if known): FDC-medical nurse
Shield Number:
Employer: Centurion
Address: P.O Box-800
Raiford, Fl 32083
City / State / Zip Code
[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment to the U.S Constitution-Cruel and unusual Punishment. And per chapter 33 FDC-rules and procedure. 1st Amendment to the U.S constitution-Political Freedom of Speech

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

July 26th 2017 - C dorm And August 11th 2017 - B dorm
August 11th 2017 medical operation room

The defendants - Lt. Thompson, Officer Howell and Sergeant Tomlin took it upon there self's to Punish me by Physical Abuse with a intent to bodily harm - for calling a medical emergency. these Same defendants, are taking the branch of the department of corrections, to extreme - which is against Procedure to beat, Abuse or Punish a inmate to maintain my behavior, for calling a medical emergency. All 3 of these defendants acted under color of a branch (FDC) State government. these defendants also acted under color - to do any Physical hard damage or harm, Just cause they work for a FDC branch of the state government. As for the defendant, Nurse verge - she acted under color, to not do no medical Treatment or diagram of Injures Just cause her Boyfriend was in on this Abuse, which she told the medical director to do it cause she's not doing a dame thing. The defendants Acted under color of a branch of a state government.

Acted under color

Page 4

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 11th 2017 / Approx 2:50 Pm

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

2nd time eye bust opened, Redness on left side of face. Right side of face swollen. Lip bust opened. Cut on cheek left side. marks on neck. the nurse stapled stripped my eye shut. Put bandaids on my left and right side of face. and cleaned me up.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① $999.00 - monetary relief damages, for life long damages and cruel an unsual punishment by FDC-officials.

② A court order directing the FDC - to install camera's an Audio equipment in the medical examination an operation room, where my Abuse happened an where they stated they'll kill me at ③ A court order, for FBI An FDLE to come speak to me, reason so that this ~~~~~ Punishment and or death won't happen again.

Page 5 of 11

On August 11th 2017, Approx 2:50 pm until 3:06 pm i got physical abused with physical intent to bodily harm and, or, death for calling a medical emergency "which is cruel and unusual punishment and political freedom of speech to get physical abused, resulting in injures and almost death for declaring a medical emergency.

### Statement of Facts underlying Claim

On August 11th 2017, Approx 2:50pm - Officer. Howell and I arrived via medical operation room, after i declared a medical emergency. As i walked in the medical operation room to sit on the gurney, Officer. Howell attacked me - by hitting me super hard in the face. Then Officer. Howell, slammed me on the ground - when i was on the ground, Officer. Howell grabbed my head and banged it super hard on the ground until there was blood all over the ground. Then Lt. Thompson jumped on me, hitting me.

At that time i tryed to scream for help - due to the excessive pain to my face and eye. but Sergeant Tomlin placed his hands around my neck tightening his grip, until i couldn't breath, and blood started coming out my nose "Sergeant Tomlin "stated" we'll kill you in here Fuck boy" If you don't shut your mouth.

Gary, Olson - which was the camera operator did not arrive for a good 15 minutes maybe. when he did arrive, Officer. Olson pointed the camera upwards in the window, so that the camera could not see the blood on the ground and my injures.

Lt. Thompson, placed a spit mask on my face and set me upon a battery DR" stating i attacked officer. Howell by head butting him in the facial area. So it looks like im the attacker to get away with beating, Abusing and punishing me. by means of Injures, and almost death.

### Saw the injures and blood

Lt. Blitch, nurse verge and captain. mcckenze came into the medical room and saw all of my injures and blood on the ground" that i got what i got" lucky im not dead or in the hospital". Just label it as battery on officer and use of force.

Captain. mcckenze Stated to me "look into my murder eyes that he has at least 5 bodies under his belt by working for FDC. that he'll try his best to kill me befor my release date.

Nurse. verge, tryed to refuse my medical diagram of injures, so i stated i'll do a complaint on her and started screaming for help until the medical director mrs. smith came into the room and i told her what happened She did the diagram of Injures, Report Incident and my medical treatment. Nurse. verge is working with the FDC-officials at F.S.P.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Florida State Prison (F.S.P)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Florida State Prison (F.S.P)

2. What did you claim in your grievance?

Abuse by FDC-officials, and FDC-officials threatened to kill me befor my release date.

3. What was the result, if any?

No result, FDC-refused to do anything - it was denied, stating referred to Inspector general nothing was ever done.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Appealed it to the secretary office and it got denied, stating your grievance referred to Inspector general, the Inspector general never responded - I also sent grievances by u.s mail (envelope/letters) to Inspector general office, he never responded.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit
   Plaintiff(s) Trent E Lee
   Defendant(s) Thompson, C.T., Williams, Sgt., Brown, Sgt., Verge, nurse,

2. Court (if federal court, name the district; if state court, name the county and State)
   united states district court - middle district of florida Jacksonville division

3. Docket or index number
   3:17-cv-1109-J-39JBT

4. Name of Judge assigned to your case
   Joel B. Toomey (united states magistrate Judge)

5. Approximate date of filing lawsuit
   10/4/2017

6. Is the case still pending?

   ☑ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   "Still Pending"

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _N/A_

   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/16/2017

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Trent E Lee
Prison Identification #: B13031
Prison Address: P.O Box-800
Raiford, Fl 32083

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____